UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CARLTON MCLINTON
    Plaintiff,

v.                                            C.A. No. 05-10513-DPW

U.S. DEPARTMENT OF TREASURY
    Defendant.

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    On March 24, 2005 this Court issued a Memorandum and Order (#3) requiring the Plaintiff to either pay the $250 filing fee or file a new Application to Proceed Without Prepayment of Fees within thirty-five (35) days from the date of this Memorandum and Order, or this action will be subject to dismissal. To date, no response to the Memorandum and Order has been received from the Plaintiff.

    Accordingly, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/Michelle Rynne

Dated: May 5, 2005                      Deputy Clerk